Thursday, December 20, 2012 - Binghamton, NY
Hon. Thomas J. McAvoy, Presiding
Clerk:       C. Ligas
Steno:       V. Theleman

UNITED STATES OF AMERICA

    VS.                                                                 CRIMINAL NO.   3: 12-CR-420-002

LAURA CONARTON


APPEARANCES:    AUSA Thomas Walsh for Govt;   Paul J. Walker, Esq. for Deft
                [ PSR prepared by USPO Courtney Tafel ]


9:28 AM    In court; sentencing commences.  Defendant present in open court w/ counsel.  Defendant sentenced on single count Information and committed to BOP facility for a term of imprisonment of 60 months w/ facility placement at least restrictive facility close to the Great Bend, PA area recommendation made.  Forfeiture ordered as directed. Restitution in amount of $14,108,623.19 ordered due joint & several w/ co-deft Scott Lonzinski & payable as directed; interest requirement waived.  Supervised Release of 5 years.  Special Conditions:   1) refrain from incurring and/or opening new credit charges, line of credit, etc.   2)  participate in financial & credit counseling   and   3) apply all monies toward outstanding court-ordered financial obligation.  Special Assessment of $100.00 due immediately.  No fine and/or add'l costs imposed.  Parties advised appeal rights.  Defendant to surrender at designated BOP facility by 12:00 noon on 1/24/2013.

9:44 AM    Court stands adjourned.